UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO F DELUNA,<br><br>          Plaintiff,<br><br>   v.<br><br>BEN CURRY et al,<br><br>          Defendant._____/ | Case Number: CV07-02491 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isidro F. DeLuna D-16017
P.O. Box 689-FW-119
Soledad, CA 93960

Attorney General of the State of California
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: August 29, 2007

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk