# EXHIBIT 1

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
### ABSTRACT OF JUDGEMENT
### FOR COMMITMENT TO STATE PRISON

THE PEOPLE OF THE STATE OF CALIFORNIA
PLAINTIFF

VS

ISIDORO FERNANDEZ DE LUNA
DEFENDANT

DATE: OCTOBER 11, 1985
CASE NUMBER: 101944

PRESENT
DANIEL E. CREED
JUDGE OF THE SUPERIOR COURT

LEO HIMMELSBACH, District Attorney
By J. MARSHALL, DEPUTY

N. GONZALES
COUNSEL FOR DEFENDANT

M. THOMAS
CLERK

c. lincoln
REPORTER

☐ PROBATION HAVING BEEN HERETOFORE GRANTED AND SAID PROBATION HAVING BEEN REVOKED ON
XX APPLICATION FOR PROBATION IS DENIED.

Count No. **ONE**
of **GUILTY** (GUILTY, NOT GUILTY, FORMER CONVICTION OR ACQUITTAL, ONCE IN JEOPARDY, NOT GUILTY BY REASON OF INSANITY)
WHEREAS THE SAID DEFENDANT ON HIS PLEA having
been convicted by **THE COURT** of **MURDER IN THE SECOND DEGREE**

IN VIOLATION OF **SECTION 187 OF THE CALIFORNIA PENAL CODE**

**\*\*97 ACTUAL DAYS; 48 DAYS 4019(b)PC**

THE COURT FINDS:    (*IF NO FINDING MADE ENTER, "NO FINDING MADE.")

THE DEFENDANT HAS BEEN HELD IN CUSTODY FOR ** DAYS AS A RESULT OF THE SAME CRIMINAL ACT OR ACTS FOR WHICH HE HAS BEEN CONVICTED.

* THE DEFENDANT **XXXXXXXXX** (WAS OR WAS NOT) ARMED WITH A DEADLY WEAPON AT THE TIME OF HIS COMMISSION OF THE OFFENSE OR A CONCEALED DEADLY WEAPON AT THE TIME OF HIS ARREST WITHIN THE MEANING OF Sections 969c and 3024 of the Penal Code.

* THE DEFENDANT **XXXXXXXX** (WAS OR WAS NOT) ARMED WITH A DEADLY WEAPON AT THE TIME OF HIS COMMISSION OF THE OFFENSE WITHIN THE MEANING OF Sections 969c and 12022 of the Penal Code.

* THE DEFENDANT **did use** (USED OR DID NOT USE) A FIREARM IN HIS COMMISSION OF THE OFFENSE WITHIN THE MEANING OF Sections 969d and 12022.5 of the Penal Code.

* THE DEFENDANT **XXXXXXXX** (WAS OR WAS NOT) ARMED AT THE TIME OF HIS COMMISSION OF THE OFFENSE WITHIN MEANING OF Section 1203 of the Penal Code and that weapon was

* THE DEFENDANT HAS HAD PRIOR FELONY CONVICTIONS AS FOLLOWS:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |

1694 REV. 2/75    COPY

XXX NO ORDER

TERM SET AS FOLLOWS: COUNT ONE 15 YEARS TO LIFE; 12022.5PC ENHANCEMENT 2 YEARS CONSECUTIVE FOR A TOTAL OF 17 YEARS TO LIFE.

...ed to any prior incomplete sentence(s) as follows:

XXXX NO ORDER.

is further ordered that the defendant be remanded to the Sheriff of the County of Santa Clara, and pursuant to the aforesaid ...gment, this is to command you, the Sheriff, to deliver the defendant into the custody of the Director of Corrections of the State of California at your earliest convenience.

I certify the foregoing to be a true and correct abstract of the judgment made and entered on the minutes of the Superior Court herein.

ted: OCTOBER 11, 1985

GRACE K. YAMAKAWA, COUNTY CLERK

DANIEL E. CREED
JUDGE OF THE SUPERIOR COURT

R. W. Norvelle, Deputy

