# EXHIBIT 6

S139852

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re ISIDRO DE LUNA on Habeas Corpus

---

Petition for writ of habeas corpus is DENIED. (See *In re Dannenberg* (2005) 34 Cal.4th 1061; *In re Rosenkrantz* (2002) 29 Cal.4th 616.)

SUPREME COURT
FILED
SEP 20 2006
Frederick K. Ohlrich Clerk
_____
DEPUTY

_____
Chief Justice