UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISIDRO F DELUNA,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-02491 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isidro F. DeLuna D-16017
Avenal State Prison
230-2-48U
P.O. Box 9
Avenal, CA 93204

Dated: May 27, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk