IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO F. DELUNA, | No. CV 07-02491 CRB , |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. / | |

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of respondent.


Dated: May 27, 2007                              Richard W. Wieking, Clerk

                                                 By:

                                                 Deputy Clerk