ORIGINAL

FILED

08 JUN 23 PM 1:47

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ISIDRO F. DELUNA, #D16017
   P.O. BOX 9
2  AVENAL, CALIFORNIA 93204

4  In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISIDRO F. DELUNA,                )
                                 )   No. C-07-2491-CRB (HC)
                   Petitioner    )
                                 )
     v.                          )   NOTICE OF APPEAL
                                 )
BEN CURRY, Warden,               )
                                 )
                   Respondent.   )
_____)

Pursuant to Rule 4(a), Federal Rules of Appellate Procedure, Petitioner ISIDRO F. DELUNA, hereby appeals from the Judgment of the court denying the petition for writ of habeas corpus and dismissing the action with prejudice. Said Judgment was entered on May 28, 2008, by Honorable Charles R. Breyer, United States District Judge.

Dated: June 14, 2008

Respectfully submitted,

*Isidro de Luna*

ISIDRO F. DELUNA
Petitioner

PROOF OF SERVICE BY MAIL

I, ISIDRO F. DELUNA, declare:

I am over 18 years of age and a party to this action. I am a resident of Avenal State Prison, Avenal, California. My address is: P.O. BOX 9, AVENAL, CALIFORNIA 93204.

On June 14, 2008, I served the attached Notice of Appeal on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the prison United States Mail box provided by the prison. The envelopes were addressed as follows:

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

California Attorney General
San Francisco Office
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-3664

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2008

/s/ *Isidro de Luna*
ISIDRO F. DELUNA
Declarant and Petitioner

Isidro F. D[...] #A[...]
Building 22
P.O. Box 9
Avenal, Cal. 93204

**CONFIDENTIAL**

AVENAL STATE PRISON

LEGAL MAIL
JUN 2 0 2008
AVENAL STATE PRISON
MAIL ROOM

Clerk U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, Cal. 94102

Confidential
Legal Mail