UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 15, 2008

**CASE INFORMATION:**
Short Case Title: <u>ISIDRO F DELUNA</u>-v- <u>BEN CURRY</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-02491 CRB(PR)</u>
Date Complaint/Indictment/Petition Filed: <u>5/9/07</u>
Date Appealed order/judgment *entered* <u>5/27/08</u>
Date NOA *filed* <u>6/23/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)      ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>not applicable</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted: <u>8/29/07</u>                Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                             Appellee Counsel:
Isidro F. DeLuna   D-16017                     Stacey D. Schesser
Avenal State Prison                            CA State Attorney General's Office
230-2-48U                                      455 Golden Gate Ave., Suite 11000
P.O. Box 9                                     San Francisco, CA 94102
Avenal, CA 93204

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000