APPEAL, E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02491-CRB
### Internal Use Only

DeLuna v. Curry  
Assigned to: Hon. Charles R. Breyer  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/09/2007  
Date Terminated: 05/27/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Isidro F. DeLuna**　　　　　represented by **Isidro F. DeLuna**  
D-16017  
Avenal State Prison  
230-2-48U  
P.O. Box 9  
Avenal, CA 93204  
PRO SE

V.

**Respondent**

**Ben Curry**　　　　　represented by **Stacey D Schesser**  
*Warden*　　　　　　　　　　　　CA State Attorney General's Office  
　　　　　　　　　　　　　　　　455 Golden Gate Ave  
　　　　　　　　　　　　　　　　Suite 11000  
　　　　　　　　　　　　　　　　San Francisco, CA 94102  
　　　　　　　　　　　　　　　　415-703-5774  
　　　　　　　　　　　　　　　　Fax: 415-703-5843  
　　　　　　　　　　　　　　　　Email: stacey.schesser@doj.ca.gov  
　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2007 | 1 | PETITION for Writ of Habeas Corpus. No Process. Filed byIsidro F. DeLuna. (mcl, COURT STAFF) (Filed on 5/9/2007) (Entered: 05/10/2007) |
| 05/09/2007 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (mcl, COURT STAFF) (Filed on 5/9/2007) (Entered: 05/10/2007) |

| | | |
|---|---|---|
| 05/11/2007 | 3 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (mcl, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/17/2007) |
| 06/19/2007 | 4 | MOTION for Leave to Proceed in forma pauperis filed by Isidro F. DeLuna. (mcl, COURT STAFF) (Filed on 6/19/2007) (Entered: 06/19/2007) |
| 06/20/2007 | 5 | MOTION for Leave to Proceed in forma pauperis filed by Isidro F. DeLuna. (mcl, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/20/2007) |
| 06/20/2007 | 6 | Prisoner Trust Fund Account Statement by Isidro F. DeLuna. (mcl, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/20/2007) |
| 08/29/2007 | 7 | ORDER by Judge Charles R. Breyer granting 4 Motion for Leave to Proceed in forma pauperis; granting 5 Motion for Leave to Proceed in forma pauperis (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 8/29/2007) (Entered: 08/31/2007) |
| 10/26/2007 | 8 | Response to 7 Order to Show Cause *Answer to Order to Show Cause; Memorandum of Points and Authorities* byBen Curry. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Schesser, Stacey) (Filed on 10/26/2007) Modified on 10/29/2007 (mcl, COURT STAFF). (Entered: 10/26/2007) |
| 11/26/2007 | 9 | NOTICE of Change of Address : Avenal State Prison, 230-2-48U, P.O. Box 9, Avenal, CA 93204 by Isidro F. DeLuna. (mcl, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/28/2007 | 10 | Traverse re 8 Response to Order to Show Cause, byIsidro F. DeLuna. (mcl, COURT STAFF) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 05/27/2008 | 11 | ORDER DENYING re 1 Petition for Writ of Habeas Corpus filed by Isidro F. DeLuna. Signed by Judge Charles R. Breyer on 5/27/08. (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 05/27/2008 | 12 | CLERK'S JUDGMENT in favor of Ben Curry against Isidro F. DeLuna (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 05/27/2008 | | (Court only) ***Civil Case Terminated. (be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 06/23/2008 | 13 | NOTICE OF APPEAL as to 12 Clerk's Judgment by Isidro F. DeLuna. (mcl, COURT STAFF) (Filed on 6/23/2008) (Entered: 06/24/2008) |
| 07/15/2008 | 14 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 13 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) |

|            |    |                                                                                                          |
|------------|----|----------------------------------------------------------------------------------------------------------|
|            |    | added on 7/15/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 07/15/2008)                           |
| 07/15/2008 | 15 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 07/15/2008) |
| 07/15/2008 | 16 | Certificate of Record Mailed to USCA re 13 Notice of Appeal.(mcl, COURT STAFF) (Filed on 7/15/2008) (Entered: 07/15/2008) |